UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                                §
                                      §
NAVA, ARTURO                          §     Case No. 11-03581
NAVA, MARIA LUZ                       §
                                      §
          Debtor(s)                   §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
> CLERK OF THE UNITED STATES BANKRUPTCY COURT
> NORTHERN DISTRICT OF IL/EASTERN DIVISION
> 219 S. DEARBORN STREET
> CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 07/20/2012 in Courtroom ,
> Will County Court Annex
> 57 N. Ottawa
> Joliet, IL 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/26/2012               By: /s/ Bradley J. Waller
                                              Trustee


BRADLEY J. WALLER
2045 Aberdeen Court
SYCAMORE, IL 60178

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
NAVA, ARTURO § Case No. 11-03581
NAVA, MARIA LUZ §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 7,133.35 |
| and approved disbursements of | $ | 132.17 |
| leaving a balance on hand of[1] | $ | 7,001.18 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: BRADLEY J. WALLER | $ 1,463.34 | $ 0.00 | $ 1,463.34 |
| Trustee Expenses: BRADLEY J. WALLER | $ 107.50 | $ 0.00 | $ 107.50 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 1,570.84 |
| Remaining Balance | $ 5,430.34 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) (Page: 2)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 182,618.61 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Chase Bank USA, N.A. | $ 2,918.81 | $ 0.00 | $ 86.79 |
| 000002 | PYOD LLC its successors and assigns as assignee of | $ 1,637.18 | $ 0.00 | $ 48.68 |
| 000003 | Crowley & Lamb | $ 178,062.62 | $ 0.00 | $ 5,294.87 |

Total to be paid to timely general unsecured creditors                $        5,430.34

Remaining Balance                                                    $            0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Bradley J. Waller
　　　　　　　　　　　　　　　Trustee

*BRADLEY J. WALLER*
*2045 Aberdeen Court*
*SYCAMORE, IL 60178*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                       United States Bankruptcy Court
                         Northern District of Illinois
In re:                                                      Case No. 11-03581-BWB
Arturo Nava                                                 Chapter 7
Maria De La Luz Nava
         Debtors
                              CERTIFICATE OF NOTICE
District/off: 0752-1         User: mflowers              Page 1 of 1      Date Rcvd: Apr 04, 2011
                             Form ID: ntcftfc7           Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 06, 2011.
db/jdb       +Arturo Nava,   Maria De La Luz Nava,   24225 S Cicero,   Monee, IL 60449-9751
aty          +Joseph Tripoli,   Macey & Aleman PC,   233 S Wacker Dr Ste 5150,   Chicago, IL 60606-6371
tr           +Bradley J Waller,   Klein Stoddard Buck Waller & Lewis LLC,   2045 Aberdeen Court,
               Sycamore, IL 60178-3140
16738438     +Alverno Clinical Laboratories,   38747 Eagle way,   Chicago, IL 60678-1387
16738439     +Associated St James Radiologists,   PO Box 3597,   Springfield, IL 62708-3597
16738441     +Bank Financial,   6415 west 95th street,   Chicago Ridge, IL 60415-2630
16738442     +Bank of America,   POBox 5170,   Simi Valley, CA 93062-5170
16738443     +Cb Usa Inc,   5252 S Hohman Ave,   Hammond, IN 46320-1723
16738446     +Crowley & Lamb,   350 N Lasalle St,   Suite 900,   Chicago, IL 60654-5136
16738450     +Southwest Womens Healthcare Assoc,   3700 W 203rd St,   Suite 110,
               Olympia Fields, IL 60461-1181
16738451      St. James Anesthesia,   35777 Eagle Way,   Chicago, IL 60678-1357
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16738444     +EDI: CHASE.COM Apr 04 2011 22:43:00      Chase,   P.o. Box 15298,   Wilmington, DE 19850-5298
16738445     +E-mail/Text: clerical.department@yahoo.com Apr 04 2011 22:51:06      Creditors Collection Bureau,
               P.O. Box 63,   Kankakee, IL 60901-0063
16738448     +E-mail/Text: tjordan@mcscol.com Apr 04 2011 22:50:48      MCS Collections, Inc,   725 S Wells St,
               Suite 501,   Chicago, IL 60607-4516
16738449     +EDI: SEARS.COM Apr 04 2011 22:43:00      Sears/cbsd,   Po Box 6189,   Sioux Falls, SD 57117-6189
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16738440*     Associated St. James Radiologists,   P.O. Box 3597,   Springfield, IL 62708-3597
16738447*    +Crowley & Lamb,   350 N. laSalle St., Suite 900,   Chicago, IL 60654-5136
                                                                                TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Apr 06, 2011**                 **Signature:**   *Joseph Speetjens*