# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| NAVA, ARTURO | § | Case No. 11-03581 |
| NAVA, MARIA LUZ | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRADLEY J. WALLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on   . The case was pending for   months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/BRADLEY J. WALLER _____

Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRADLEY J. WALLER | | | | | |
| BRADLEY J. WALLER | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | CHASE BANK USA, N.A. | | | | | |
| 000003 | CROWLEY & LAMB | | | | | |
| 000002 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    1

Exhibit 8

| Case No: | 11-03581 | BB | Judge: BRUCE W. BLACK | | Trustee Name: | BRADLEY J. WALLER |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | NAVA, ARTURO | | | | Date Filed (f) or Converted (c): | 01/31/11 (f) |
| | NAVA, MARIA LUZ | | | | 341(a) Meeting Date: | 03/02/11 |
| For Period Ending: | 09/10/12 | | | | Claims Bar Date: | 07/05/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. Real Estate located at Location: 24225 S Cicero, | 193,189.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 2. Real Estate located at Location: 2511 Elmdale Av | 57,500.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 3. Checking account with Chase | 20.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 4. Checking account with Bank of America | 3,000.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 5. Savings account with Bank of America | 60.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 6. Miscellaneous used household goods | 1,000.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 7. Personal used clothing | 750.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 8. Pension through employer | 10,458.45 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 9. Debtor anticipates receiving a tax refund in 201 | 10,010.00 | 7,133.00 | | 7,133.00 | 0.00 |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 10. 2000 Cadillac Eldorado with 180,00 miles Value p | 2,940.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 11. 2000 Ford F150 with 200,000 miles Value per Kell | 1,785.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.35 | Unknown |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $280,712.45 | $7,133.00 | | $7,133.35 | $0.00 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 11-03581   BB   Judge: BRUCE W. BLACK | |
| Case Name: | NAVA, ARTURO | |
| | NAVA, MARIA LUZ | |

| | |
|---|---|
| Trustee Name: | BRADLEY J. WALLER |
| Date Filed (f) or Converted (c): | 01/31/11 (f) |
| 341(a) Meeting Date: | 03/02/11 |
| Claims Bar Date: | 07/05/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/30/12        Current Projected Date of Final Report (TFR): 06/30/12

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 11-03581  -BB | |
| Case Name: | NAVA, ARTURO | |
| | NAVA, MARIA LUZ | |
| Taxpayer ID No: | *******4168 | |
| For Period Ending: | 09/10/12 | |

| | |
|---|---|
| Trustee Name: | BRADLEY J. WALLER |
| Bank Name: | The Bank of New York Mellon |
| Account Number / CD #: | *******4765  Money Market Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/21/11 | 9 | MoneyGram<br>Wells Fargo Bank NA<br>Faribault, MN | per court order of  05/06/11<br>DEPOSIT CHECK #0317897622 | 1124-000 | 1,000.00 | | 1,000.00 |
| 04/21/11 | 9 | MoneyGram<br>Wells Farrgo Bank<br>Faribault, MN | per court order of 05/06/11<br>DEPOSIT CHECK #0317897623 | 1124-000 | 188.83 | | 1,188.83 |
| 05/24/11 | 9 | Money Gram<br>Wells Fargo<br>Faribault, MN | per court order of 05/06/11<br>DEPOSIT CHECK #0256018737 | 1124-000 | 1,000.00 | | 2,188.83 |
| 05/24/11 | 9 | Money Gram<br>Wells Fargo Bank<br>Fairbault, MN | per court order of 05/06/11<br>DEPOSIT CHECK #0256018738 | 1124-000 | 188.83 | | 2,377.66 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 2,377.67 |
| 06/27/11 | 9 | MoneyGram<br>Wells Fargo Bank, N.A.<br>Fairbault, MN | per court order of 05/06/11<br>DEPOSIT CHECK #0256019642 | 1124-000 | 1,000.00 | | 3,377.67 |
| 06/27/11 | 9 | MoneyGram<br>Wells Fargo Bank, N>A.<br>Fairbault, MN | per court order of 05/06/11<br>DEPOSIT CHECK #0256019643 | 1124-000 | 188.83 | | 3,566.50 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.02 | | 3,566.52 |
| 07/22/11 | 9 | Money Gram<br>Wells Fargo Bank, NA<br>Fairbault, MN | per court order of 05/06/11<br>DEPOSIT CHECK #2033366972 | 1124-000 | 1,000.00 | | 4,566.52 |
| 07/22/11 | 9 | MoneyGram<br>Wells Fargo Bank NA<br>Faribault, MN | per court order of 05/06/11<br>DEPOSIT CHECK #0333669730 | 1124-000 | 188.83 | | 4,755.35 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 4,755.38 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 7.17 | 4,748.21 |

Page Subtotals                    4,755.38              7.17

Ver: 16.06f

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

Page:    2

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 11-03581  -BB |
| Case Name: | NAVA, ARTURO |
| | NAVA, MARIA LUZ |
| Taxpayer ID No: | *******4168 |
| For Period Ending: | 09/10/12 |

| | |
|---|---|
| Trustee Name: | BRADLEY J. WALLER |
| Bank Name: | The Bank of New York Mellon |
| Account Number / CD #: | *******4765  Money Market Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/23/11 | 9 | Currency Exchange | per court order of 05/06/11 | 1124-000 | 1,188.84 | | 5,937.05 |
| | | 3720 W. Sauk Trail | DEPOSIT CHECK #791633 | | | | |
| | | Richton Park, IL  60471 | | | | | |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.04 | | 5,937.09 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,912.09 |
| 09/22/11 | 9 | MoneyGram | DEPOSIT CHECK #565166189 | 1124-000 | 1,000.00 | | 6,912.09 |
| | | Wells Fargo Bank, NA | | | | | |
| | | Fairbault, MN | | | | | |
| 09/22/11 | 9 | MoneyGram | DEPOSIT CHECK #56516690 | 1124-000 | 188.84 | | 7,100.93 |
| | | Fairbault, MN | | | | | |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.05 | | 7,100.98 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,075.98 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.06 | | 7,076.04 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,051.04 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.05 | | 7,051.09 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,026.09 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.05 | | 7,026.14 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,001.14 |
| 01/26/12 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.04 | | 7,001.18 |
| 01/26/12 | | Transfer to Acct #*******3069 | Bank Funds Transfer | 9999-000 | | 7,001.18 | 0.00 |

| | | |
|---|---|---|
| Page Subtotals | 2,377.97 | 7,126.18 |

Ver: 16.06f

FORM 2   Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 11-03581 -BB | |
| Case Name: | NAVA, ARTURO | |
| | NAVA, MARIA LUZ | |
| Taxpayer ID No: | *******4168 | |
| For Period Ending: | 09/10/12 | |

| | | |
|---|---|---|
| Trustee Name: | BRADLEY J. WALLER |
| Bank Name: | The Bank of New York Mellon |
| Account Number / CD #: | *******4765  Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 7,133.35 | 7,133.35 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 7,001.18 | |
| | | | Subtotal | | 7,133.35 | 132.17 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 7,133.35 | 132.17 | |

Page Subtotals          0.00          0.00

Ver: 16.06f

FORM 2                                                                        Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                            Exhibit 9

| Case No: | 11-03581 -BB | | Trustee Name: | BRADLEY J. WALLER |
| Case Name: | NAVA, ARTURO | | Bank Name: | Congressional Bank |
| | NAVA, MARIA LUZ | | Account Number / CD #: | *******3069 Checking Account |
| Taxpayer ID No: | *******4168 | | | |
| For Period Ending: | 09/10/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/26/12 | | Transfer from Acct #*******4765 | Bank Funds Transfer | 9999-000 | 7,001.18 | | 7,001.18 |
| 07/20/12 | 001001 | BRADLEY J. WALLER | Chapter 7 Compensation/Fees | 2100-000 | | 1,463.34 | 5,537.84 |
| | | KLEIN STODDARD BUCK WALLER | | | | | |
| | | 2045 ABERDEEN COURT | | | | | |
| | | SYCAMORE, IL 60178 | | | | | |
| 07/20/12 | 001002 | BRADLEY J. WALLER | Chapter 7 Expenses | 2200-000 | | 107.50 | 5,430.34 |
| | | KLEIN STODDARD BUCK WALLER | | | | | |
| | | 2045 ABERDEEN COURT | | | | | |
| | | SYCAMORE, IL 60178 | | | | | |
| 07/20/12 | 001003 | Chase Bank USA, N.A. | Claim 000001, Payment 2.97347% | 7100-000 | | 86.79 | 5,343.55 |
| | | PO Box 15145 | | | | | |
| | | Wilmington, DE 19850-5145 | | | | | |
| 07/20/12 | 001004 | PYOD LLC its successors & assigns of | Claim 000002, Payment 2.97341% | 7100-000 | | 48.68 | 5,294.87 |
| | | Citibank, NA, NA | | | | | |
| | | c/o Resurgent Capital Services | | | | | |
| | | PO Box 19008 | | | | | |
| | | Greenville, SC 29602- | | | | | |
| 07/20/12 | 001005 | Crowley & Lamb | Claim 000003, Payment 2.97360% | 7100-000 | | 5,294.87 | 0.00 |
| | | 350 N Lasalle St | | | | | |
| | | Suite 900 | | | | | |
| | | Chicago, IL 60654 | | | | | |

Page Subtotals                          7,001.18          7,001.18

Ver: 16.06f

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2                                                                                   Page:   5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                        Exhibit 9

| | | |
|---|---|---|
| Case No: | 11-03581  -BB | |
| Case Name: | NAVA, ARTURO | |
| | NAVA, MARIA LUZ | |
| Taxpayer ID No: | *******4168 | |
| For Period Ending: | 09/10/12 | |

| | |
|---|---|
| Trustee Name: | BRADLEY J. WALLER |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******3069  Checking Account |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 7,001.18 | 7,001.18 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 7,001.18 | 0.00 | |
| | | | Subtotal | | 0.00 | 7,001.18 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 7,001.18 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account - *******4765 | 7,133.35 | 132.17 | 0.00 |
| Checking Account - ********3069 | 0.00 | 7,001.18 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 7,133.35 | 7,133.35 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                      0.00                0.00